LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman (216752)
Suren N. Weerasuriya (278521)
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@attorneysforconsumers.com
sweerasuriya@attorneysforconsumers.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SPRINGER, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        vs.<br><br>VIVINT, INC.,<br><br>                    Defendant. | CASE NO. 2:14-cv-02035-JAM-AC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

          Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, RICHARD SPRINGER,

hereby dismisses this action with prejudice, with each side to bear its own fees and

costs.

///

///

///

1
**NOTICE OF VOLUNTARY DISMISSAL**

1   Dated:  November 11, 2014                    Respectfully submitted,

2

3

4                                               By:/s/ Suren N. Weerasuriya

5                                                   *Attorneys for Plaintiff*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF VOLUNTARY DISMISSAL**